1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

13  ROBERT SMITH Jr.,
14         Plaintiff,
15     v.                                          Case No. C06-5635RJB
16  SGT. R. ROBERTS *et al*.,                      ORDER DENYING COUNSEL
17         Defendants.
18

19  This civil rights action has been referred to the undersigned Magistrate Judge pursuant to
20  Title 28 U.S.C. § 636(b)(1)(B).  Plaintiff was given leave to proceed *in forma pauperis*.  Plaintiff has
21  moved for appointment of counsel (Dkt. # 6).
22      In considering plaintiff's motion for counsel the court notes there is a standard for
23  appointment of counsel in the Ninth Circuit.  There is no right to have counsel appointed in cases
24  brought under 42 U.S.C. § 1983.  Although the court, under 28 U.S.C. § 1915(d), can request
25  counsel to represent a party proceeding *in forma pauperis*, the court may do so only in exceptional
26  circumstances.  Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986); Franklin v. Murphy,
27  745 F.2d 1221, 1236 (9th Cir. 1984); Aldabe v. Aldabe, 616 F.2d 1089 (9th Cir. 1980).  A finding of
28  ORDER

1  exceptional circumstances requires an evaluation of both the likelihood of success on the merits and
2  the ability of the plaintiff to articulate his claims *pro se* in light of the complexity of the legal issues
3  involved.  Wilborn, 789 F.2d at 1331.
4         Plaintiff has made no showing of likelihood of success on the merits.  He has asked for
5  permission to file an amended or supplemental complaint (Dkt. # 3 and 7).  The motions to amend
6  will be addressed in a separate order.  Plaintiff's Motion to Appoint Counsel, (Dkt. # 6), is **DENIED**.
7         The Clerk is directed to send plaintiff a copy of this Order.

9         DATED this 24 day of January, 2007.

11                    */S/ J. Kelley Arnold*
                      J. Kelley Arnold
12                    United States Magistrate Judge

28 ORDER